**ASETEK DANMARK A/S,**
**Plaintiff–Appellee**

v.

**CMI USA INC., FKA Cooler Master USA, Inc., Cooler Master Co., Ltd.,**
**Defendants–Appellants**

**2016-1026, 2016-1183**

United States Court of Appeals,
Federal Circuit.

Date April 3, 2017

Before PROST, Chief Judge, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, Circuit Judges.*

## ON PETITION FOR REHEARING EN BANC

PER CURIAM.

## ORDER

Appellants CMI USA Inc. and Cooler Master Co., Ltd. filed a combined petition for panel rehearing and rehearing en banc.

The petition for panel rehearing is addressed in a separate order also issued today.

The petition for rehearing en banc is denied.

The mandate of the court will issue on April 10, 2017.

---

* Circuit Judge Stoll did not participate.